# **EXHIBIT B**

Linda J. Niedweske – Attorney ID No. 030391988
Jessica L. Mariconda – Attorney ID No. 018432011
NIEDWESKE BARBER LLC
98 Washington Street
Morristown, New Jersey 07960
Phone: (973) 401-0064
Attorneys for Plaintiff
Wanda Wilson

| | |
|---|---|
| WANDA WILSON,<br><br>       Plaintiff,<br>v.<br><br>JPMORGAN CHASE, JAMES DIMON, individually and in his official capacity, JANE and/or JOHN DOES 1-10, and XYZ Entities 1 to 10.<br><br>       Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – ESSEX COUNTY<br>DOCKET NO. ESX-L-5407-18<br><br>*Civil Action*<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW JERSEY )
           ) ss.:
COUNTY OF MORRIS  )

  I, Linda J. Niedweske, of full age, being duly sworn according to law, upon my oath, depose and say:

  1.  I am an attorney-at-law licensed with the State of New Jersey and a partner with the law firm Niedweske Barber LLC, counsel for Plaintiff Wanda Wilson in the within matter.

  2.  On or about August 8, 2018, I sent, by United States first class mail, Plaintiff's filed Complaint and Jury Demand, Case Information Statement, Track Assignment Notice and two Summonses, directed to Defendants JPMorgan Chase and James Dimon to Grace E. Speights, Esq., counsel for Defendants in this matter.

  3.  This mailing was made pursuant to an August 7, 2018 conversation I had with Ms. Speights in which she agreed to accept service of Plaintiff's Complaint on behalf of

Defendants in this matter.

    4.    On August 13, 2018, Ms. Speights (through her associate counsel, Jason J. Ranjo, Esq.) acknowledged her service of Plaintiff's Complaint, Summonses to all Defendants, Case Information Statement and Track Assignment Notice on behalf of Defendants JPMorgan Chase and James Dimon.  See Exhibit A, hereto.

                                                _____
                                                        Linda J. Niedweske

Dated: August 14, 2018

1

# EXHIBIT A

Linda J. Niedweske – Attorney ID No. 030391988
Jessica L. Mariconda – Attorney ID No. 018432011
NIEDWESKE BARBER LLC
98 Washington Street
Morristown, New Jersey 07960
*Phone:   (973) 401-0064*
Fax:      (973) 401-0061
www.n-blaw.com
Attorneys for Plaintiff Wanda Wilson

| | |
|---|---|
| WANDA WILSON,<br><br>                              Plaintiff,<br>v.<br><br>JPMORGAN CHASE, JAMES DIMON, individually and in his official capacity, JANE and/or JOHN DOES 1-10, and XYZ Entities 1 to 10.<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – ESSEX COUNTY<br>DOCKET NO. ESX-L-005407-18<br><br>Civil Action<br><br>**ACKNOWLEDGMENT OF SERVICE** |

Pursuant to Rule 4:4-4, the undersigned is authorized and hereby acknowledges service of the Summons, Complaint, Civil Case Information Statement and Track Assignment Notice in this matter on behalf of Defendants JPMorgan Chase and James Dimon.

MORGAN LEWIS & BOCKIUS

By: _____
Grace E. Speights
JASON J. RANSO
(ID# 025352011)

Dated: 8/13/2018

1