**MORGAN, LEWIS & BOCKIUS LLP**
*(Pennsylvania Limited Liability Partnership)*
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson
Jason J. Ranjo
(609) 919-6669

Grace E. Speights (*pro hac vice* forthcoming)
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
(202) 739-5189

*Attorneys for Defendants JPMorgan Chase Bank, N.A.*
*and James Dimon*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WANDA WILSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE, JAMES DIMON, individually and in his official capacity, JANE and/or JOHN DOES 1-10, and XYZ Entities 1 to 10.<br><br>Defendants. | Civil Action No.: 2:18-cv-13789<br><br>*ELECTRONICALLY FILED* |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for JPMorgan Chase Bank, N.A. ("JPMC") (incorrectly identified in the Complaint as "JPMorgan Chase"), discloses that it is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly-traded corporation. No publicly-held corporation owns ten percent (10%) or more of JPMorgan Chase & Co's stock.

Dated:  September 11, 2018    **MORGAN, LEWIS & BOCKIUS LLP**

s/ Jason J. Ranjo
Terry D. Johnson
Jason J. Ranjo
502 Carnegie Center
Princeton, New Jersey 08540
Telephone:  (609) 919-6669
Facsimile:  (609) 919-6701
terry.johnson@morganlewis.com
jason.ranjo@morganlewis.com

Grace E. Speights (*pro hac vice* forthcoming)
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone:  (202) 739-5189
Facsimile:  (202) 739-3001
grace.speights@morganlewis.com

*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Jamie Dimon*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2018, the foregoing Rule 7.1 Corporate Disclosure Statement was electronically filed via ECF and served via FedEx and electronic mail on the following:

Linda J. Niedweske, Esq.
Jessica L. Mariconda, Esq.
NIEDWESKE BARBER LLC
98 Washington Street
Morristown, New Jersey 07960
*Attorneys for Plaintiff*

s/ Jason J. Ranjo
Jason J. Ranjo