UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WANDA WILSON,

                Plaintiff,                **NOTICE OF APPEARANCE**

    -against-

                                                       Case No. 1:20-cv-04558-JMF

JPMORGAN CHASE BANK N.A., JAMIE DIMON,
individually and in his official capacity, JANE and/or
JOHN DOES 1-10, and XYZ Entities 1 to 10,

                Defendants.
--------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Benjamin Brafman, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, NY 10017, is appearing for the plaintiff, WANDA WILSON, in the above-captioned matter.

                                                                                            _/s/ Benjamin Brafman_

                                                                                         Benjamin Brafman, Esq.
                                                                                         Brafman & Associates, P.C.
                                                                                         767 Third Avenue, 26th Floor
                                                                                         New York, NY 10017
                                                                                         Phone: (212) 750-7800
                                                                                         Fax: (212) 750-3906
                                                                                         E-mail: bbrafman@braflaw.com

Dated:        July 21, 2020
                 New York, NY