# Morgan Lewis

**Jason J. Ranjo**
Associate
+1.609.919.6669
jason.ranjo@morganlewis.com

November 12, 2021

**VIA ECF**

The Honorable Jesse M. Furman, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Wanda Wilson v. JP Morgan Chase Bank, N.A. et al.,
       Case No.: 1:20-cv-04558 (JMF)

Dear Judge Furman:

This Firm represents Defendant JPMorgan Chase Bank, N.A. ("JPM") in the above-referenced matter, and we write to request an adjournment of the Initial Pretrial Conference in this matter, which is scheduled for December 21, 2021.  *See* Dkt. No. 84. JPM's principal trial counsel will be attending an in-person mediation that day in another state.  No prior adjournment of this date was requested.

In accordance with Your Honor's Individual Rules, we have consulted with Plaintiff's counsel, and she consents to this request.  If it pleases the Court, counsel for both parties are available the following alternative dates:  January 3, 4, and 6.

We greatly appreciate the Court's consideration of this matter.

Respectfully submitted,

/s/ Jason J. Ranjo
Jason J. Ranjo

JJR/inb
Cc:  All counsel of record via ECF.

Application GRANTED.  The conference scheduled for December 21, 2021, is hereby ADJOURNED to January 6, 2022, at 4:30 p.m.  The Clerk of Court is directed to terminate ECF No. 85.  SO ORDERED.

November 12, 2021

**Morgan, Lewis & Bockius** LLP
502 Carnegie Center
Princeton, NJ  08540-6241       **T** +1.609.919.6600
United States                          **F** +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Steven M. Cohen, Partner-in-Charge